**SECRET**

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.**  26-03029-01-CR-S-BP |
| Plaintiff, | *False Statement to Firearms Dealer* |
| | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) |
| v. | NMT 10 Years Imprisonment |
| | NMT $250,000 Fine |
| **DAVID J. BIRDSONG**, | NMT 3 Years Supervised Release |
| [DOB:  03/18/1967] | Class C Felony |
| Defendant. | $100 Mandatory Special Assessment |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

On or about December 15, 2025, in Laclede County, Western District of Missouri, the defendant, **DAVID J. BIRDSONG**, in connection with the attempted acquisition of a firearm, that is a Bryco, 59, .380-caliber pistol, serial number 21164, from Knight Auction Services, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Knight Auction Services, LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that had not previously been convicted of a crime punishable by imprisonment for a term exceeding one year, when in fact, as the defendant knew, he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

**A TRUE BILL.**

*SIGNATURE ON FILE WITH USAO*
**FOREPERSON OF THE GRAND JURY**

*Anthony M. Brown*

**ANTHONY M. BROWN**
Assistant United States Attorney
Missouri Bar #62504

Dated: March 10, 2026
Springfield, Missouri

2
